# Order

Michigan Supreme Court
Lansing, Michigan

May 3, 2021

162383

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

VARIEN MARCELLE BENNETT,
    Defendant-Appellant.

SC: 162383
COA: 354903
Berrien CC: 2019-003979-FH

_____/

On order of the Court, the application for leave to appeal the November 2, 2020 order of the Court of Appeals is considered. We DIRECT the Berrien County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2021



s0330

Clerk